UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00051-HDM-NJK |
| Plaintiff, | |
| v. | ORDER |
| GLEN DESHON GREEN, | |
| Defendant. | |

On March 14, 2025, the court received a letter from the defendant in this action. (ECF No. 54). The Clerk of the Court is directed to send a copy of the letter to the U.S. Attorney's Office and the Probation Department.

IT IS SO ORDERED.

DATED: This 19th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

1